FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FIDEL H. PAJARILLO,<br><br>　　　　Debtor.<br>_____<br><br>FIDEL H. PAJARILLO,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SFR INVESTMENTS POOL 1, LLC; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-15977<br><br>D.C. No. 2:13-cv-01935-RCJ<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

　　　　On May 19, 2014, appellant filed a motion to proceed in forma pauperis on appeal. A review of the district court docket reveals that, on December 30, 2014, the filing and docketing fees for this appeal were paid. Accordingly, within 21 days after the date of this order, appellant shall move to withdraw the motion to proceed in forma pauperis or show cause why the motion to proceed in forma pauperis should not be denied as unnecessary.

KK/MOATT

If appellant fails to file a timely response to this order, the motion to proceed in forma pauperis will be deemed withdrawn.

Briefing remains suspended.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kerry S. Kumabe
Deputy Clerk

KK/MOATT  2