FILED

MAR 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FIDEL H. PAJARILLO, <br><br> Debtor. <br><br> ──────────────── <br><br> FIDEL H. PAJARILLO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; et al., <br><br> Defendants - Appellees. | No. 14-15977 <br><br> D.C. No. 2:13-cv-01935-RCJ <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

On January 22, 2015, the court ordered appellant, within 21 days, to move to withdraw the May 19, 2014 motion to proceed in forma pauperis or show cause why the motion to proceed in forma pauperis should not be denied as unnecessary. The court informed appellant that if he failed to file a timely response to the January 22, 2015 order, the motion to proceed in forma pauperis would be deemed withdrawn.

KK/MOATT

To date, appellant has not responded to the January 22, 2015 order. Accordingly, the May 19, 2014 motion to proceed in forma pauperis is deemed withdrawn.

The opening brief is now due April 20, 2015; the answering brief is due May 20, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kerry S. Kumabe
Deputy Clerk