UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FIDEL H. PAJARILLO,<br><br>  Debtor,<br><br>FIDEL H. PAJARILLO,<br><br>  Plaintiff - Appellant,<br><br>  v.<br><br>SFR INVESTMENTS POOL 1, LLC; et al.,<br><br>  Defendants - Appellees. | No. 14-15977<br><br>D.C. No. 2:13-cv-01935-RCJ<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

Appellant's late motion for a third extension of time to file the opening brief is granted. The opening brief is due July 27, 2015; the answering brief is due August 26, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lorela Bragado Sevillena
Deputy Clerk