FILED

SEP 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FIDEL H. PAJARILLO,<br><br>  Debtor,<br><br>---<br><br>FIDEL H. PAJARILLO,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; et al.,<br><br>  Defendants - Appellees. | No. 14-15977<br><br>D.C. No. 2:13-cv-01935-RCJ<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

A review of the court's docket reflects that appellees Nevada Association Services, Inc.; Rancho Las Brisas Master HOA; and US Bank NA are not represented by counsel.

Appellee US Bank NA is reminded that corporations must be represented by counsel before this court. *See D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004).

Appellees Nevada Association Services, Inc. and Rancho Las Brisas Master are reminded that an unincorporated association must be represented. *Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986).

GS  09/28/2015/Pro Mo

No. 14-15977

On or before October 15, 2015, appellees Nevada Association Services, Inc.; Rancho Las Brisas Master HOA; and US Bank NA shall cause new counsel to enter an appearance on its behalf and file their respective answering briefs.

Failure to comply with this order in a timely fashion may subject the appellees to dismissal for failure to prosecute. *See* 9th Cir. R. 42-1.

The current briefing schedule shall remain in effect.

    For the Court:

    MOLLY C. DWYER
    Clerk of Court

    Grace Santos
    Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note to Rule 27
      and Ninth Circuit 27-10

GS   09/28/2015/Pro Mo