No. 14-15977

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FIDEL H. PAJARILLO,

Plaintiff-Appellant,

*vs.*

SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; RANCHO LAS BRISAS MASTER HOA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY, N.A.; U.S. BANK, N.A.; J.P. MORGAN CHASE BANK, N.A.; and CALIFORNIA RECONVEYANCE COMPANY,

Defendants-Appellees.

On Appeal from the United States District Court
For the District of Nevada
D.C. No. 2:13-cv-01935-RCJ

**NEVADA ASSOCIATION SERVICES, INC.'S JOINDER OF APPELLEE SFR INVESTMENTS POOL 1, LLC AND APPELLEES JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AND CALIFORNIA RECONVEYANCE COMPANY ANSWERING BRIEFS**

Christopher V. Yergensen, Esq.
Nevada Bar 6183
Email: chris@nas-inc.com
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada 89146
Telephone: 702/804-8885
Facsimile: 702/804-8887
*Attorney for Respondent
Nevada Association Services, Inc.*

By this submission, Nevada Association Services, Inc. ("NAS") by and through its counsel, Christopher V. Yergensen, Esq., hereby joins SFR Investments Pool 1, LLC's Answering Brief filed on November 16, 2015 and the Brief of Appellees JPMorgan Chase Bank, National Association and California Reconveyance Company filed on November 3, 2015.

DATED this 16th day of November, 2015.

By: /s/Chris V. Yergensen
CHRIS V. YERGENSEN
Nevada Bar No. 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorney for Defendant-Appellee Nevada Association Services, Inc.*

9th Circuit Case Number(s) | 14-15977

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/16/2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/16/2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

```
Fidel H. Pajarillo
6706 Zephyr Wind Avenue
Las Vegas, Nevada 89139
```

Signature (use "s/" format) | /s/Susan E. Moses