No. 14-15977

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FIDEL H. PAJARILLO,

Plaintiff-Appellant,

*vs.*

SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; RANCHO LAS BRISAS MASTER HOA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY, N.A.; U.S. BANK, N.A.; J.P. MORGAN CHASE BANK, N.A.; and CALIFORNIA RECONVEYANCE COMPANY,

Defendants-Appellees.

On Appeal from the United States District Court
For the District of Nevada
D.C. No. 2:13-cv-01935-RCJ

**JOINDER IN ANSWERING BRIEFS FILED BY DEFENDANT-APPELLEE RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION**

Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Email: steve@alessikoenig.com
ALESSI & KOENIG, LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
Telephone: (702) 222-4033
Facsimile: (702) 222-4043
*Attorney for Respondent*
*Rancho Las Brisas Master Homeowners Association*

## **F.R.A.P. 26.1 CORPORATE DISCLOSURE STATEMENT**

Rancho Las Brisas Master Homeowners Association is a domestic non-profit coop corporation without stock.

## **JOINDER IN DEFENDANTS-APPELLEES' ANSWERING BRIEFS**

Pursuant to Federal Rules of Appellate Procedure, Rule 28(i), Defendant-Appellee Rancho Las Brisas Master Homeowners Association ("HOA") hereby joins in the Answering Brief of Defendants-Appellees ReconTrust Company, N.A., BAC Home Loan Servicing LP, and Mortgage Electronic Registration Systems, Inc. filed on September 15, 2015, Docket Entry #29 and the Answering Brief of Defendants-Appellees JPMorgan Chase Bank, N.A. and California Reconveyance Company filed on November 3, 2015, Docket Entry #48 in Case No. 14-15977. To the extent that said Answering Briefs does not reference any facts or legal arguments contrary to the position of Defendant-Appellee HOA, Defendant-Appellee HOA hereby incorporates those pleadings as if it were set forth fully herein in Case No. 14-15977.

DATED this 16th day of November, 2015.

/s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Email: steve@alessikoenig.com
ALESSI & KOENIG, LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
Telephone: (702) 222-4033
Facsimile: (702) 222-4043
*Attorney for Respondent*
*Rancho Las Brisas Master Homeowners Association*

## **F.R.A.P 32(A)(7) CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing joinder to answering briefs complies with the type-volume limitations as set forth in Rule 32 of the Federal Rules of Appellate Procedure. This joinder has been prepared using Times New Roman, 14 point font and contains 113 words.

DATED this 16th day of November, 2015.

/s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Email: steve@alessikoenig.com
ALESSI & KOENIG, LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
Telephone: (702) 222-4033
Facsimile: (702) 222-4043
*Attorney for Respondent*
*Rancho Las Brisas Master Homeowners Association*

## **STATEMENT OF RELATED CASES**

Defendant-Appellee is unaware of any case pending before the Court that is related to this case under Ninth Circuit Rule 28-26.6 outside of those mentioned by Defendants-Appellees ReconTrust Company, N.A., BAC Home Loan Servicing LP, and Mortgage Electronic Registration Systems, Inc. filed on September 15, 2015, Docket Entry #29 in their statement of related cases.

DATED this 16th day of November, 2015.

/s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Email: steve@alessikoenig.com
ALESSI & KOENIG, LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
Telephone: (702) 222-4033
Facsimile: (702) 222-4043
*Attorney for Respondent*
*Rancho Las Brisas Master Homeowners Association*

| | |
|---|---|
| 9th Circuit Case Number(s) | 14-15977 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/16/15.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

```
US Bank NA: 4375 Jutland Dr; P.O. Box 17933; San Diego, CA 92177
Fidel H. Pajarillo: 6706 Zephyr Wind Avenue; Las Vegas, NV 89139
Nevada Association Services, Inc.: 6224 W. Desert Inn Road, Suite A; Las Vegas, NV 89146
```

Signature (use "s/" format)  /s/ Jona L. Lepoma