FILED

NOV 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FIDEL H. PAJARILLO,<br><br>　　　　Debtor,<br><br>―――――――――――――――<br><br>FIDEL H. PAJARILLO,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SFR INVESTMENTS POOL 1, LLC; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-15977<br><br>D.C. No. 2:13-cv-01935-RCJ<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Appellant's motion for an extension of time to file a reply brief, filed on November 24, 2015, is granted. The optional reply brief is due on or before January 25, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk